**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Beverly A. Dadisman, | ) | |
| | ) | |
| Plaintiff, | ) | No. CIV-02-500 TUC JMR |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Joanne B. Barnhart, | ) | |
| | ) | |
| Commissioner of Social Security | ) | |
| Defendant. | ) | |

This case arises from a claim by Plaintiff for Social Security benefits. The Honorable Norman R. Buls ("ALJ") denied Plaintiff's application on February 24, 2000. Plaintiff sought Appeals Council review. The Appeals Council remanded Claimant's case to the ALJ who issued an unfavorable decision on July 27, 2001. Plaintiff again requested appellate review from the Appeals Council, but her request was denied for lack of basis for review. Plaintiff appealed to the District Court on October 11, 2002.

Pending before this Court are cross motions for summary judgment. Plaintiff contends that the ALJ's decision was not reasonably based on substantial evidence. The Defendant denies the allegation.

On March 17, 2005, Magistrate Judge Charles R. Pyle issued a Report and Recommendation (R & R) to this Court. Neither party filed an objection to the R & R. The Magistrate Judge recommended that Plaintiff's motion be granted and Defendant's motion

denied. In his analysis, he determined that the ALJ failed to provide substantial evidence that demonstrates that other work exists in significant number in the national economy that Plaintiff can adjust to.

If there are no objections to the R & R, the court will modify or set aside only those portions that are clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree,* 14 F. Supp. 2d 1203, 1204 (D. Or. 1998). The Court has carefully reviewed the entire record and concludes that Magistrate Judge Pyle's recommendations are not clearly erroneous or contrary to law.[1] The Court agrees that Plaintiff's impairment prevents her from performing other work of the sort found in significant numbers in the economy and that immediate award of benefits is warranted.

Accordingly,

**IT IS ORDERED** that the **REPORT AND RECOMMENDATION** of the Magistrate Judge filed **March 17, 2005** is **ADOPTED.**

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment [Doc. #20] is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant's cross-motion for summary judgment

---

[1] The Court notes that height is an essential part of the BMI formula set out on page 46 of the R & R. According to the Transcript of the Record ("TR"), the Plaintiff testified that her weight at the time of the second hearing was 230 lbs, and she is 5'3" tall. (TR at 88, 89.) This gives Plaintiff a BMI of 40.7 instead of the 41.8 which is noted on page 46 of the R & R. However, this BMI still puts Plaintiff in the Level III category of obesity and does not affect the Magistrate Judge's analysis.

[Doc. #25] is **DENIED**.

**IT IS FURTHER ORDERED** that the instant action is **REMANDED TO THE COMMISSIONER** for an immediate award of benefits.

DATED this 6th day of October, 2005.

_____
John M. Roll
United States District Judge